# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 802 CAP
:
Appellee  :
:
:
:
v.  :
:
:
:
PAUL G. TAYLOR,  :
:
Appellant  :

## ORDER

**PER CURIAM**

    **AND NOW,** this 11th day of May, 2023, the Notice of Appeal is **QUASHED**.  *See* Pa.R.A.P. 341 (discussing final orders).

    Chief Justice Todd did not participate in the consideration or decision of this matter.